THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. D'APRILE, Appellant.— Time for argument of appeal enlarged to and including November eighth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Last Will and Testament of EDGAR N. WILSON, Deceased. — Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

NATHAN KUSHLOWITZ, Respondent, v. DAVID BLUM, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by November sixth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of GEORGE S. ALLEN, Deceased.— Motion to dismiss appeal taken to Court of Appeals granted, unless within ten days the appellant shall furnish the undertaking required to perfect the appeal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SARAH FELDMAN, Appellant, v. CONGREGATION BETH EL OF ROCHESTER, NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ELLA ROGERS, Appellant, v. ROCHESTER PRINTING COMPANY, Defendant, and RAZ DELIVERY, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., and FRANK X. KELLY, as Executors, etc., of J. RAYMOND KELLY, Deceased, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by the Buffalo, Rochester and Pittsburgh Railway Company and Hopkins Street and Marilla Street in the City of Buffalo, Erie County. (Proceeding No. 4784.) — Motion to amend printed record on appeal by addition of report of engineer, denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 1.) — Motion granted for extension of time to December first for filing appellants' brief and copies of exhibits. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PERCY W. HORTON and Others, Appellants, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent. (Action No. 2.) — Motion granted for extension of time to December first for filing appellants' brief. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of the NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Relative to Acquiring Title to Certain Real Property in the Town of Orwell, Oswego County, New York, for the Purpose of Constructing, Maintaining and Operating an Hydro-Electric Power Plant, etc., of Which PERCY W. HORTON and Others Are Owners and Persons Interested Therein.— Motion granted for extension of time to December first for filing appellants' brief. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.